No. 662. WOERNER ET AL. *v.* CITY OF INDIANAPOLIS. Supreme Court of Indiana. Certiorari denied. *Freeman Bradford* and *James W. Ingles* for petitioners. *Charles S. Rhyne* and *John J. Dillon* for respondent.

No. 664. KELLY ET AL. *v.* HARTFORD ACCIDENT & INDEMNITY Co. C. A. 5th Cir. Certiorari denied. *Raymond H. Kierr* for petitioners. *Stanley E. Loeb* for respondent.

No. 667. RICHARDSON, EXECUTRIX, ET AL. *v.* MOORE-MCCORMACK LINES, INC. C. A. 2d Cir. Certiorari denied. *Henry N. Longley, Benjamin H. Siff, Bernard Rolnick* and *Louis R. Harolds* for petitioners. *Eugene Underwood* for respondent.

No. 575. AMERICAN SURETY Co. OF NEW YORK *v.* SUNDBERG & SONS ET AL. Supreme Court of Washington. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE WHITTAKER are of the opinion that certiorari should be granted. *Edward Gallagher* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz* and *Harold M. Seidel* for the United States, respondent.

No. 627. TODISCO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Maurice J. Hindin* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States. *A. L. Wirin* and *Fred Okrand* filed a brief for the American Civil Liberties Union of Southern California, as *amicus curiae,* in support of the petition.